1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

13

| | |
|---|---|
| VFS US LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>T&N FREIGHT, LLC; and TIMOFEY NIKOLAY OBEREMOK, and individual,<br><br>                    Defendants. | NO:  CV-10-325-RMP<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT |

14       BEFORE the Court, without oral argument, is Plaintiff VFS US, LLC's

15   Motion for Default Judgment, ECF No. 14, filed on September 9, 2011.  A Clerk's

16   Order of Default was entered against Defendant T&N Freight LLC, on May 12,

17   2011, ECF No. 10, and a Clerk's Order of Default was entered against Defendant

18   Timofey Nikolay Oberemok on July 11, 2011, ECF No. 13.

19       After considering the submitted materials, including Plaintiff's and counsel's

20   affidavits and the records and files herein, the Court is fully informed and finds

21

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING
DEFAULT JUDGMENT ~ 1

1    entry of default judgment in Plaintiff's favor is appropriate.  Fed. R. Civ. P. 54(b).

2    Accordingly, **IT IS HEREBY ORDERED**:

3        1.  Plaintiff's Motion for Default Judgment, **ECF No. 14** is **GRANTED**.

4        2.  Judgment is to be entered in Plaintiff's favor against Defendants VFS

5            US, LLC, and TIMOFEY NIKOLAY OBEREMOK as follows:

6            a.  Principal Judgment:              $192.698.26

7            b.  Interest at 18% per annum:       $ 18,209.99

8            c.  Attorney Fees:                   $ 11,694.91

9            d.  Filing Fees:                     $      350.00

10           e.  Costs:                           $   1,882.93

11               TOTAL:                           $224,836.09

12       3.  Post judgment interest shall accrue pursuant to RCW. 4.56.110 and the

13           terms of the contract.

14   **IT IS SO ORDERED**.

15       The District Court Clerk is directed to enter this Order, enter judgment as

16   outlined above, and provide copies to all parties, and **CLOSE** this case.

17       DATED this 8th day of November, 2011.

18

19                              *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
20                              Chief United States District Court Judge

21

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING
DEFAULT JUDGMENT ~ 2