AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

VFS US LLC,

        Plaintiff,

        v.

T & N FREIGHT LLC, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-325-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Default Judgment, ECF No. 14 is GRANTED. Judgment is entered in Plaintiff's favor, against Defendants VFS US, LLC, and TIMOFEY NIKOLAY OBEREMOK as follows:

a. Principal Judgment:         $192,698.26
b. Interest at 18% per annum:  $ 18,209.99
c. Attorney Fees:              $ 11,694.94
d. Filing Fees:                $     350.00
e. Costs:                      $   1,882.93

   TOTAL:                   $224,836.09

November 8, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer